BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA LYNN FRENCH ) | Case No.   15-743 EFB |
| ) | |
| ) | |
| ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** ) | **TIME TO FILE SUMMARY** |
| ) | **JUDGMENT MOTION** |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER OF SSA ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from September 3, 2015, to October 2, 2015, with all other deadlines extended accordingly.  This extension is required due to counsel's crowded briefing schedule.


////

////

////

1

1
2
3  Dated: September 2, 2015                    */s/Bess M. Brewer*
                                               BESS M. BREWER
4                                              Attorney at Law

5                                              Attorney for Plaintiff

6
7
8  Dated: September 2, 2015                    Benjamin B. Wagner
                                               United States Attorney
9
                                               Donna L. Calvert
10                                             Regional Chief Counsel, Region IX
                                               Social Security Administration
11
                                               /s/ Tina Renee Saladino
12                                             TINA RENEE SALADINO

13                                             Special Assistant United States Attorney

                                               Attorneys for Defendant
14
15
16                                  **ORDER**

17
    APPROVED AND SO ORDERED.
18
19  DATED:   September 8, 2015.         _____
                                        EDMUND F. BRENNAN
20                                      UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28